# Court of Appeals
# of the State of Georgia

ATLANTA,  May 10, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1249. LAWRENCE P. NEAL v. ANGELA M. WEARY.**

Lawrence P. Neal and Angela M. Weary were divorced in 2018. In 2018 and 2019, the trial court found Neal in contempt of his obligations under the divorce decree, and in 2022, Weary filed a third petition for contempt. In January 2023, the trial court once again found Neal in contempt of the divorce decree, and Neal has filed this direct appeal. We lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" including orders "holding or declining to hold persons in contempt" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). The underlying action – a contempt petition from a divorce decree – is a domestic relations case that requires compliance with the discretionary appeal statute. See *Russo v. Manning*, 252 Ga. 155, 155 (312 SE2d 319) (1984). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Neal's failure to follow the

appropriate appellate procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,__05/10/2023_____*

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*